**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 132 MAL 2014
:
          Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
VINCEINT LEE FLEMISTER, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of August, 2014, the Petition for Allowance of Appeal is

**DENIED**.